IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | § | |
| OF UNITY MARINE CORPORATION, | § | |
| INC. AS OWNER OF THE M/V CARSON | § | CASE NO. H-01-3320 |
| FOR EXONERATION FROM OR | § | In Admiralty 9(h) |
| LIMITATION OF LIABILITY | § | |

## DECREE OF EXONERATION

On this day, 2 May 2006, in the action pending between Petitioner, Unity Marine Corp., and Claimants, New Amity Shipping Inc. and Associated Maritime Company (Hong Kong), the court issued its Opinion and Order that Petitioner is **EXONERATED** from all fault relative to the accident of 22 September 2001.

SIGNED at Houston, Texas, this 2nd day of May, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE